UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARIF KING,<br><br>                               Plaintiff,<br><br>           -against-<br><br>CORRECTION OFFICER O. MILLER,<br><br>                               Defendant. | 22-CV-3336 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 27, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 27, 2022
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                            Chief United States District Judge